IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-00008-PAB-KLM

MARLIN CRUMP,

    Plaintiff,

v.

JAMES IRWIN CHARTER SCHOOLS,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on defendant's motion for attorney's fees [Docket No. 20]. On March 21, 2012, the assigned Magistrate Judge recommended [Docket No. 17] that the Court grant defendant's Motion to Dismiss Plaintiff's Title VII Complaint [Docket No. 10]. The Court accepted the Recommendation and dismissed this case on April 13, 2012 [Docket No. 18]. Judgment entered on April 17, 2012 [Docket No. 19]. Defendant's motion for attorney's fees "requests that this Court award reasonable attorneys' fees and costs to [defendant] and against plaintiff . . . in an amount to be determined sometime in the future." Docket No. 20 at 7. That request violates both Rule 54.3 of the Local Rules of Practice, *see* D.C.COLO.LCivR 54.3 (requiring that motions for attorney's fees "shall include the following for each person for whom fees are claimed: 1. a detailed description of the services rendered, the amount of time spent, the hourly rate, and the total amount claimed; and 2. a summary of relevant qualifications and experience"), and Federal Rule of Civil Procedure 54, *see* Fed. R.

Civ. P. 54(d)(2)(B)(iii) (requiring that a motion for attorney's fees "state the amount sought or provide a fair estimate of it"). Therefore, it is

**ORDERED** that defendant's motion for attorney's fees [Docket No. 20] is DENIED.

DATED May 2, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge